UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CRISS COLEMAN,

      Plaintiff,

vs.

                                   Case No.: 3-17-cv - 903-J-34MCR

THE CITY OF JACKSONVILLE,
MIKE WILLIAMS, individually and in his
Official Capacity as Sheriff of the Consolidated
City of Jacksonville and Duval County, and
M.L. HICE,

      Defendants.

_____/

**NOTICE OF REMOVAL**

      Defendant, THE CITY OF JACKSONVILLE, FLORIDA ("City"), pursuant to 28 U.S.C. §§ 1441-1452, and Rule 4.02, Local Rules for the Middle District of Florida, respectfully files this Notice of Removal and states:

      1.     The above-entitled action was commenced in the Circuit Court for the Fourth Judicial Circuit, Duval County, Florida, on or about July 10, 2017 (Case No.: 16-2017-CA-004358), and is now pending in that court.

      2.     In Count III, Plaintiff asserts a claim against Sheriff Mike Williams, in his official capacity (thus, a claim against the City of Jacksonville),[1] for the deprivation of Plaintiff Criss Coleman's civil and constitutional rights under 42 U.S.C. § 1983, the adjudication of which

---

[1] Plaintiff sues "Defendant, Mike Williams" in his capacity as Sheriff of Jacksonville, Duval County, Florida. (Compl., ¶4) A suit against a public official in his official capacity is treated as a suit against the local government entity he represents; in this case, the City of Jacksonville. *See Kentucky v. Graham*, 473 U.S. 159, 165-66, 105 S. Ct. 3099 (1985); *Owens v. Fulton County*, 877 F.2d 947, 951 n. 5 (11th Cir. 1989). Plaintiff also purports to sue the "City of Jacksonville" as a named defendant (Compl., ¶¶2, 12). Accordingly, there is but one municipal defendant, the City of Jacksonville, to which Counts I (state law claim) and III (federal claim) are directed.

depends on the application of federal law. The action also purports to assert a similar claim against Defendant Hice in Count II.

3.      This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1441 (actions removable). Section 1331 provides for original jurisdiction in United States District Courts for civil actions "arising under the Constitution, laws, of treaties of the United States." Section 1441(c) provides that diversity of citizenship is not required in cases in which the District Court's jurisdiction is based on 28 U.S.C. § 1331.

4.      The City was served with process in the state court action on July 14, 2017. On information and belief, Defendant Hice has not been served.

5.      Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty (30) days after receipt by the removing defendant of the initial pleading setting forth the claim for relief upon which such action is based. Thirty days have not expired since the City was served with summons and a copy of Plaintiffs' complaint; therefore, this Notice is timely and the City is in full compliance with this requirement.

6.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), a true and legible copy of the complete state court file is submitted herewith as Exhibit "A".

7.      Pursuant to 28 U.S.C. §1446(d), this Defendant is serving a copy of this Notice of Removal on all adverse parties, and filing a copy of this Notice of Removal with the Clerk of the Fourth Judicial Circuit, Duval County, Florida.   A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B".

WHEREFORE, Defendant City of Jacksonville respectfully requests that this Court take jurisdiction of this action and that this action be removed to this Court.

Respectfully submitted,

OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE

STEPHEN J. POWELL, ESQ.
CHIEF, TORT & EMPLOYMENT LITIGATION
Florida Bar No.: 305881
spowell@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
904-630-1847; 904-630-1316
Attorney for Defendant City of Jacksonville

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by regular U.S. Mail to Theodore S. Pina, Esq., Nichols & Pina, LLLP, 300 West Adams Street, Suite 130, Jacksonville, Florida 32202, Attorneys for Plaintiff, this 7th day of August, 2017.

STEPHEN J. POWELL, ESQ.