**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CRISS COLEMAN,

    Plaintiff,

v.                                                          Case No. 3:17-cv-903-J-34MCR

THE CITY OF JACKSONVILLE, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation Permitting Plaintiff to File an Amended Complaint and Dismissing Defendant Hice (Dkt. No. 10; Stipulation) filed on September 25, 2017. In the Stipulation, the parties agree to the filing of the Amended Complaint attached to the Stipulation and to the dismissal of all claims raised against Defendant M.L. Hice. See Stipulation at 1. Upon review, the Court will dismiss the claims raised against Defendant Hice and direct the Clerk of the Court to file the Amended Complaint. The filing of the Amended Complaint renders moot the parties' previous pleadings. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions"). Thus, the pending motions to dismiss will be denied as moot.

In light of the foregoing, it is hereby **ORDERED**:

1. The claims raised against Defendant M.L. Hice are **DISMISSED**.

2. The Clerk of the Court is directed to file the Amended Complaint attached to the Stipulation.

3. Defendant City's Motion to Dismiss (Dkt. No. 6) and Defendant Hice's Motion to Dismiss (Dkt. No. 7) are **DENIED as MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of October, 2017.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record