**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

Case No.:  3:17-cv-0903-J-34MCR

CRISS COLEMAN,
                    Plaintiff,

v.

THE CITY OF JACKSONVILLE,

                    Defendant.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

The parties, pursuant to the court's Order dated October 19, 2017 directing the parties to show cause why a case management report was not filed, would state as follows:

1. Soon after the defendants filed their Motion to Dismiss the original Complaint, counsel for Plaintiff realized the filing of an Amended Complaint was needed. Discussions were held with opposing counsel and a proposed Amended Complaint and Stipulation for filing the same was prepared. The Amended Complaint dropped the individual defendant and was a significant change in the nature of the allegations being made against the City of Jacksonville.

2. During this process, the deadline for filing the Case Management Report was inadvertently missed by both parties.

3. Counsel for the parties discussed this oversight and worked diligently to correct it and completed the Case Management Report which has now been filed.

4. Counsel for the parties have had several discussions concerning the case and have otherwise done that which is necessary to prosecute the action.  The failure to timely file

1

the Case Management Report was a mistake and there was no intent to delay prosecution of the case.

5. Counsel for both parties apologize to the court for the delay caused by this oversight.

WHEREFORE, the parties request the court permit the case proceeds without dismissal or sanctions.

Respectfully submitted,

| NICHOLS & PINA, LLLP | OFFICE OF GENERAL COUNSEL<br>CITY OF JACKSONVILLE |
|---|---|
| */s/ Theodore S. Pina, Jr.* | */s/ Sonya Hoener* |
| **Theodore S. Pina, Jr.** | **Sonya Hoener, Assistant General Counsel** |
| **Florida Bar No. 0095192** | **Florida Bar No.:42083** |
| Email:  ted@nicholsandpina.com | Email: shoener@coj.net |
| 300 West Adams Street, Suite 130 | **STEPHEN J. POWELL** |
| Jacksonville, Florida 32202 | **Chief Tort & Employment Litigation** |
| Telephone:  (904) 353-3300 | **Florida Bar No. 305881** |
| Facsimile:  (904) 353-3315 | Email: spowell@coj.net |
| Attorney for Plaintiff | 117 West Duval Street, Suite 480 |
| | Jacksonville, Florida  32202 |
| | Telephone:  (904) 630-1841 |
| | Facsimile:   (904) 630-1316 |
| | Attorneys for Defendants |