UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.:  3:17-cv-0903-J-34MCR

CRISS COLEMAN,
                          Plaintiff,

v.

THE CITY OF JACKSONVILLE,

                          Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS**

   Plaintiff, Criss Coleman, hereby discloses the following Certificate of Interested Persons.

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   **Criss Coleman, Plaintiff**

   **Theodore S. Pina, Jr., Plaintiff's counsel**

   **Nichols and Pina, LLP**

   **City of Jacksonville**

   **Jacksonville Sheriff Office**

   **Office of General Counsel, City of Jacksonville**

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **N/A**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1

**N/A**

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Criss Coleman, Plaintiff**

We hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of November, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Sonya Hoener., Esq., SPowell@coj.net and BOsburn@coj.net  counsel for Defendant.

NICHOLS & PINA, LLLP

BY: /s/ THEODORE S. PINA

THEODORE S. PINA, JR.
FL Bar No.: 0095192
300 West Adams Street, Suite 130
Jacksonville, Florida 32202
(904) 353-3300 (P) (904) 353-3315 (F)
Attorney for Plaintiff
ted@nicholsandpina.com
kerry@nicholsandpina.com