**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CRISS COLEMAN,

Plaintiff,

v. Case No. 3:17-cv-903-J-34MCR

THE CITY OF JACKSONVILLE,

Defendant.

---

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court sua sponte. On January 16, 2018, this Court entered an Order directing Plaintiff to file a response to Defendant's Motion to Dismiss Second Amended Complaint (Dkt. No. 29; Motion) by January 29, 2018, or the Court would treat the Motion as being unopposed. See Order (Dkt. No. 30). Upon review of the Court docket, it appears that Plaintiff has failed to file a response to the Motion. Accordingly, it is **ORDERED:**

Plaintiff is directed to show cause by a written response filed on or before **February 20, 2018**, why this case should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida. Plaintiff is cautioned that failure to respond to a Court order may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of February, 2018.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record