UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:17-cv-0903-J-34MCR

CRISS COLEMAN,

    Plaintiff,

v.

THE CITY OF JACKSONVILLE,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO MOTION TO SHOW CAUSE

Plaintiff, pursuant to the Court's Order directing the Plaintiff to show cause why a response to Defendant's Motion to Dismiss was not filed, would state as follows:

1. Counsel for Plaintiff has been unable to communicate with Plaintiff, Criss Coleman for a significant period of time. He has not responded to telephone calls, letters, or messages left with relatives. The undersigned has tried diligently to communicate with Mr. Coleman with no success and is uncertain as to whether Mr. Coleman wishes to continue pursuit of his claim or will assist counsel in any meaningful way in doing so.

2. Based on the foregoing, it is the undersigned's intention to file a Motion to Withdraw from representation of the Plaintiff.

WHEREFORE, the Plaintiff requests the Court grant the undersigned a period of time to file a Motion to Withdraw.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Sonya Hoener., Esq, Shoener@coj.net and BOsburn@coj.net counsel for Defendant.

                                      NICHOLS & PINA, LLLP

                            BY: /s/ THEODORE S. PINA

                                  THEODORE S. PINA, JR.
                                  FL Bar No.: 0095192
                                  300 West Adams Street, Suite 130
                                  Jacksonville, Florida 32202
                                  (904) 353-3300 (P) (904) 353-3315 (F)
                                  Attorney for Plaintiff
                                  ted@nicholsandpina.com