UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:17-cv-0903-J-34MCR

CRISS COLEMAN,

    Plaintiff,

v.

THE CITY OF JACKSONVILLE,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF INTENT TO WITHDRAW

COUNSEL for Plaintiff, pursuant to local rule 2.03(b), hereby gives notice of intent to withdraw and requests permission of the Court for same as counsel of record for Plaintiff, CRISS COLEMAN in this cause. As grounds, counsel would show that he has been completely unable to communicate with plaintiff after diligent effort. The inability to communicate with Plaintiff makes it difficult, if not impossible, to prosecute this action. Any delay that counsel's withdraw may cause will not affect the case as it remains in the early stages.

## MEMORANDUM OF LAW

Local Rule 2.02(b) provides: "no attorney, having made a general appearance under subsection (1) of local rule 2.03 shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving ten (10) days notice to the party or client affected thereby and to opposing counsel." A motion to withdraw is a matter within the discretion of the Court. *Simmons v. House of Brewz*, LLC, 2001 U.S. District Lexis 84798. (M.D. Fla. June 2015).

WHEREFORE, the undersigned respectfully request this Court grant counsel leave to withdraw upon expiration of ten (10) days after the date of this notice.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Sonya Hoener., Esq, Shoener@coj.net; and Bosburn@coj.net, Counsel for Defendant; and by U.S. Mail to Criss Coleman, 3011 Lagney Drive, Jacksonville, FL 32208.

NICHOLS & PINA, LLLP

BY: /s/ *Theodore S. Pina, Jr.*

THEODORE S. PINA, JR.
FL Bar No.: 0095192
300 West Adams Street, Suite 130
Jacksonville, Florida 32202
(904) 353-3300 (P) (904) 353-3315 (F)
Attorney for Plaintiff
ted@nicholsandpina.com