UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:17-cv-0903-J-34MCR

CRISS COLEMAN,
    Plaintiff,

v.

THE CITY OF JACKSONVILLE,
    Defendant.
_____/

**CERTIFICATION NOTIFYING PLAINTIFF, CRISS COLEMAN**
**OF PLAINTIFF'S COUNSEL'S INTENT TO WITHDRAW REPRESENTATION**

Pursuant to Local Rule 2.03(b), Counsel for Plaintiff, Theodore S. Pina, Jr., hereby certifies that he has served a copy of his Notice of Intent to Withdraw as Counsel and the Court's Order dated April 2, 2018 reflecting same on Plaintiff, Criss Coleman at his last known mailing address of 3011 Lagney Drive, Jacksonville, Florida 32208, and his last known email address of criss.coleman@hotmail.com. Plaintiff, Criss Coleman's last known phone number is (904) 554-8855.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this _10th_ day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Sonya Hoener., Esq, Shoener@coj.net; and Bosburn@coj.net, Counsel for Defendant; and by U.S. Mail and Email Transmission to Criss Coleman, 3011 Lagney Drive, Jacksonville, FL 32208; criss.coleman@hotmail.com.

NICHOLS & PINA, LLLP

/s/ *Theodore S. Pina, Jr.*

THEODORE S. PINA, JR.
FL Bar No.: 0095192
300 West Adams Street, Suite 130
Jacksonville, Florida 32202
(904) 353-3300 (P) (904) 353-3315 (F)
Attorney for Plaintiff
ted@nicholsandpina.com