**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CRISS COLEMAN,

      Plaintiff,

v.                                   Case No.  3:17-cv-903-J-34MCR

THE CITY OF JACKSONVILLE,

      Defendant.

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua sponte</u>.  On April 2, 2018, the Honorable Monte C. Richardson, United States Magistrate Judge, entered an Order granting Plaintiff's counsel's motion to withdraw.  <u>See</u> Order (Dkt. No. 37).  The Order directed Plaintiff to either employ new counsel who should file a notice of appearance by April 17, 2018, or to file a notice by this same date that he intended to proceed <u>pro se</u>.  <u>See id.</u> The Order was served upon Plaintiff at his last known mailing address and email address by his former counsel of record.  <u>See</u> Certification Notifying Plaintiff, Criss Coleman of Plaintiff's Counsel's Intent to Withdraw Representation (Dkt. No. 38).  However, upon review of the Court docket, it appears that Plaintiff has failed to comply with the Order.  Additionally, the Court notes that the reason for counsel's request to withdraw from his representation of Plaintiff was his inability to communicate with Plaintiff in order to prosecute this action.  <u>See</u> Plaintiff's Notice of Intent to Withdraw (Dkt. No. 36). Accordingly, it is

      **ORDERED:**

Plaintiff is directed to show cause by a written response filed on or before **May 10, 2018**, why this case should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida. Plaintiff is cautioned that failure to respond to this Order will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of April, 2018.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties