**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CRISS COLEMAN,

       Plaintiff,

v.                             Case No.  3:17-cv-903-J-34MCR

THE CITY OF JACKSONVILLE,

       Defendant.

_____

## O R D E R

    **THIS CAUSE** is before the Court sua sponte.  On April 2, 2018, the Honorable Monte C. Richardson, United States Magistrate Judge, entered an Order granting Plaintiff's counsel's motion to withdraw.  See Order (Dkt. No. 37).  The Order directed Plaintiff to either employ new counsel who should file a notice of appearance by April 17, 2018, or to file a notice by this same date that he intended to proceed pro se.  See id. Plaintiff's former counsel of record served the Order upon Plaintiff by sending a copy to his last known mailing address and email address.  See Certification Notifying Plaintiff, Criss Coleman of Plaintiff's Counsel's Intent to Withdraw Representation (Dkt. No. 38). When Plaintiff failed to comply with the Order, on April 20, 2018, this Court entered an Order directing Plaintiff to show cause by a written response filed on or before May 10, 2018, why this case should not be dismissed without prejudice for failure to prosecute. See Order to Show Cause (Dkt. No. 39; Order to Show Cause).  The Court noted in the Order to Show Cause that Plaintiff's former counsel found it necessary to withdraw due to his inability to communicate with Plaintiff in order to prosecute this action.  See id.  In

addition, the Court cautioned Plaintiff that failure to respond to the Order to Show Cause would result in the dismissal of this action without further notice.  See id.  Despite all efforts by Plaintiff's former counsel and this Court, Plaintiff has continued to fail to prosecute this action.

Based on Plaintiff's failure to comply with this Court's Orders, the undersigned concludes that he has failed to prosecute this action.   Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate.   See Brown v. Tallahassee Police Dept., No. 06-13131, 205 Fed. Appx. 802, 802 (11th Cir. Nov. 15, 2006).   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to terminate any remaining deadlines or pending motions as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of May, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party